IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

NICOLE HINE, INDIVIDUALLY AND ON )
BEHALF OF ALL OTHERS SIMILARLY )
SITUATED,; )                                    2:22-CV-00362-CRE
 )
 )
            Plaintiff, )
 )
      vs. )
 )
 )
LENDINGCLUB CORPORATION, )
 )
            Defendant, )

## ORDER

AND NOW, this 15th day of November, 2022,

IT IS HEREBY ORDERED that Defendant LendingClub Corporation's motion to compel arbitration (ECF No. 4) is denied without prejudice to refile after the parties have conducted limited discovery into the arbitrability of Plaintiff Nicole Hine's claims.

IT IS FURTHER ORDERED that discovery for this limited purpose shall be concluded by February 6, 2023.  LendingClub's renewed motion to compel arbitration is due by March 6, 2023 with brief limited to fifteen (15) pages.  Plaintiff Hine's response is due April 6, 2023 with brief limited to fifteen (15) pages. LendingClub's reply due by April 20, 2023 with brief limited to five (5) pages.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF