IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| NICOLE HINE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,; | ) ) ) ) | |
| Plaintiff, | ) ) | 2:22-CV-00362-CRE |
| vs. | ) ) ) | |
| LENDINGCLUB CORPORATION, | ) ) | |
| Defendant, | ) | |

## **MEMORANDUM ORDER**

AND NOW, this 14th day of March, 2023, upon consideration of Defendant's Motion for Leave to File Documents Under Seal (ECF No. 23), it is HEREBY ORDERED as follows:

"The public right of access to judicial proceedings and records is integral and essential to the integrity of the judiciary." *Mine Safety Appliances Co. v. North River Ins. Co*., 73 F. Supp. 3d 544, 557 (W.D. Pa. 2014). The public right of access "applies to all aspects of the judicial process where substantive determinations are made." *Id*. at 558 (citations omitted). To the extent the documents that Defendant seeks to file under seal are integral to the Court's forthcoming decision on the pending motion to dismiss and motion to compel individual arbitration and to the extent the information contained in those documents sought to be filed under seal cannot be generalized, the Court declines to support its findings with documents filed under seal, as doing so would be against the public's right of access to the courts. Accordingly, the Motion (ECF No. is granted and Defendant may file the documents sought in the Motion (ECF No. 23) under seal; however, this Court reserves the right to unseal any document upon which this Court must rely in any decision.

So Ordered.

                                BY THE COURT:

                                <u>s/Cynthia Reed Eddy</u>
                                United States Magistrate Judge